An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 8467 OPAL SPLENDOR,
Appellant,
vs.
WELLS FARGO BANK, N.A.,
Respondent.

No. 65427

FILED

MAY 2 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER VACATING AND REMANDING*

This is an appeal from a district court order denying a preliminary injunction in a quiet title action. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

The district court denied appellant's preliminary injunction motion, finding that appellant failed to demonstrate a reasonable likelihood of success on the merits because appellant "has not established that it is likely to be found to be a bona fide purchaser" and because appellant "failed to provide evidence that notice was properly given in accordance with both Constitutional and Statutory provisions." In *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. Adv. Op. No. 75, 334 P.3d 408 (2014), this court decided that a common-interest community association's NRS 116.3116(2) superpriority lien has true priority over a first security interest, and the association may nonjudicially foreclose on that lien. Thus, the district court's decision, insofar as it was based on the conclusion that appellant had record notice of a first-priority security interest and did not recognize the complaint's factual allegations as true,

15-15520

was based on an erroneous interpretation of the controlling law. Accordingly, we

VACATE the order denying preliminary injunctive relief AND REMAND this matter to the district court for further proceedings consistent with this order.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Joanna Kishner, District Judge
     Law Offices of Michael F. Bohn, Ltd.
     Snell & Wilmer, LLP/Las Vegas
     Eighth District Court Clerk

---

[1]The injunction imposed by our June 20, 2014, order is vacated.